### 2026.   JACKSON *v.* THE STATE.

POWELL, J.   No error of law appears.   The defendant, under the testimony, is clearly guilty.                               *Judgment affirmed.*

Indictment for burglary, from Bibb superior court—Judge Felton.   July 10, 1909.

Submitted October 4,—Decided October 13, 1909.

*W. D. McNeil,* for plaintiff in error.

*Walter J. Grace, solicitor-general,* contra.

---

### 2034.   HAMPTON *v.* THE STATE.

RUSSELL, J.   The defendant's guilt of the crime of burglary being wholly dependent upon the inference arising from the possession of stolen goods after the burglary, and this possession being shown by uncontradicted and unimpeached testimony to be consistent with defendant's innocence of burglary, though he may have been guilty of receiving stolen goods, the verdict was contrary to the evidence, and a new trial should have been granted.          *Judgment reversed.   Powell, J., disqualified.*

Indictment for burglary, from Bibb superior court—Judge Whipple.   June 18, 1909.

Submitted October 4,—Decided October 13, 1909.

*W. D. & Custis Nottingham, W. A. McClellan,* for plaintiff in error.

*Walter J. Grace, solicitor-general,* contra.